UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN McDONALD,

    Plaintiff,                        No. 12-15584

v.                               District Judge Paul D. Borman
                                Magistrate Judge R. Steven Whalen

TRACEY HAMILTON, ET AL.,

    Defendants.
_____/

## ORDER

Plaintiff's Motion to Compel Discovery [Doc. #16] is hereby GRANTED.

Defendants will respond to Plaintiff's requests to produce and interrogatories within 21 days of the date of this Order.

    IT IS SO ORDERED.


Dated: June 21, 2013                  s/R. Steven Whalen
                                          R. STEVEN WHALEN
                                          UNITED STATES MAGISTRATE JUDGE


I hereby certify that a copy of the foregoing document was sent to parties of record on June 21, 2013, electronically and/or by U.S. mail.

                                            s/Michael Williams
                                            Relief Case Manager for the
                                            Honorable R. Steven Whalen